UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA DISTRICT OF GEORGIA
BRUNSWICK DIVISION DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 08-21022-JSD |
| | : |
| | : CHAPTER 13 |
| WILLIE FRANK BOLDEN, JR. | : |
| | : |
| ——————————————— | ——————————————— |
| U.S. BANK, N.A., ITS SUCCESSORS AND/OR ASSIGNS, | : |
| Movant, | : |
| vs. | : CONTESTED MATTER |
| WILLIE FRANK BOLDEN, JR. M. ELAINA MASSEY, Trustee | : |
| Respondents. | : |

**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Savannah, Georgia
*By pbryan at 2:18 pm, Sep 29, 2009*

### ORDER MODIFYING AUTOMATIC STAY

An Order was entered on April 14, 2009 pursuant to a Motion for Relief the Automatic Stay filed by the above-referenced Movant which required that Debtor pay certain payments to cure the post-petition arrearage to Movant and make future payments when due. The property, which is the subject of the Motion is located at 142 Timber Ridge Dr, Brunswick, GA 31525 (the "Property"). Movant has filed a supplemental Motion supported by an affidavit showing that Movant served a Notice of Default in accordance with the terms of the Order providing Debtor an opportunity to cure and/or contest a default. It appears that Debtor has failed to cure and/or contest said default within the time allotted under the Order. Accordingly, it is hereby

**ORDERED** that the Motion is **GRANTED** as follows: the automatic stay pursuant to 11

U.S.C. § 362 is hereby **MODIFIED** to allow Movant to obtain possession of and foreclose or otherwise dispose of the Property in pursuit of its state law remedies, including, but not limited to, commencing or continuing dispossessory proceedings, or taking action against said property in accordance with state law. Any proceeds remaining after foreclosure or other disposition of the property which exceed the lawful debt and the expenses of sale incurred by Movant (if allowed by law and the Note) shall be remitted promptly to the Chapter 13 Trustee. The Trustee may cease disbursements to Movant on its Proof of Claim. Movant is hereby awarded its fees and costs in conjunction with filing and/or prosecution of this Motion. The 10 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and the Movant may proceed without further delay.

IT IS SO ORDERED at Brunswick Division, Georgia this 25th day of September, 2009.

_John S. Dalis_
John S. Dalis
United States Bankruptcy Judge

/s/Lisa F. Caplan
Lisa F. Caplan
Attorney for Movant
Georgia State Bar No. 001304
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
(888) 890-5309
lcaplan@rubinlublin.com

## DISTRIBUTION LIST

Willie Frank Bolden, Jr.
142 Timber Ridge Dr
Brunswick, GA 31525


Richard H. Taylor, Esq.
1614 Ellis Street
Brunswick, GA 31520

M. ELAINA MASSEY, Trustee
P.O. Box 1717
Brunswick, GA 31521



Lisa F. Caplan, Esq.
Rubin Lublin Suarez Serrano, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092